1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11   ELLIOT MCGUCKEN,                    Case No. 2:22-cv-06095-FLA (SKx)

12                    Plaintiff,
                                         **ORDER TO SHOW CAUSE WHY**
13          v.                           **THE COURT SHOULD NOT**
                                         **DISMISS ACTION FOR LACK OF**
14                                       **PROSECUTION**
     JJOK, LLC, *et al.*,
15
                     Defendants.
16

17

18

19

20

21

22

23

24

25

26

27

28

1

1    On October 31, 2022, the court denied Plaintiff Elliot McGucken's ("Plaintiff")

2  request for entry of default against Defendant JJOK, LLC.  Dkt. 15.  Plaintiff has

3  docketed no filings since October 18, 2022.  Dkt. 13.

4    Accordingly, the court ORDERS Plaintiff to show cause ("OSC") in writing,

5  within fourteen (14) days of this order, why the court should not dismiss this action

6  for lack of prosecution.  *See* Fed. R. Civ. P. 41(b) (the court may dismiss an action or

7  claim for failure to prosecute).  Failure to respond timely may result in dismissal of

8  this action without further notice.

9

10    IT IS SO ORDERED.

11

12  Dated: August 18, 2025

13                                        FERNANDO L. AENLLE-ROCHA
                                          United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2